In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00477-CV


____________________



VERNA LAYNELL GROCE, Appellant



V.



BILLY JAMES HORTON, Appellee 


 




On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 24,095 D






MEMORANDUM OPINION



 The appellant, Verna Laynell Groce, filed a motion to dismiss this appeal. The motion
is voluntarily made by the appellant prior to any decision of this Court. See Tex. R. App. P.
42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the
appeal.

 APPEAL DISMISSED.

 ______________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered January 14, 2010

Before McKeithen, C.J., Kreger and Horton, JJ.